IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALEJANDRA RAMOS GALVEZ, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| V. | § | CIVIL CASE NO. SA-26-CV-04756-FB |
| | § | |
| TODD M. LYONS, Acting Director of United States Immigration and Customs Enforcement; *et al.*, | § | |
| | § | |
| *Respondents*. | § | |

**ORDER DENYING MOTION TO ENFORCE AND CLARIFY THE COURT'S ORDER REGARDING CONDITIONS OF SUPERVISION**

Before the Court is Petitioner's Motion to Enforce and Clarify the Court's Order Regarding Conditions of Supervision (ECF No. 7) and the Federal Respondents' response (ECF No. 8). Petitioner contends that an ankle monitor is an unreasonable condition of Petitioner's release from immigration custody. After careful consideration, and for the reasons stated in the response, the Court finds the motion should be denied.

IT IS THEREFORE ORDERED Petitioner's Motion to Enforce and Clarify the Court's Order Regarding Conditions of Supervision (ECF No. 7) is DENIED.

It is so ORDERED.

SIGNED this 4th day of November, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE